# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-16562-AMC

TERESA MORRISON

5737 CEDAR AVE.

PHILADELPHIA, PA 19143

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TERESA MORRISON

5737 CEDAR AVE.

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Date: 8/7/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee