Certificate Number: 15317-PAE-DE-031811925

Bankruptcy Case Number: 13-16562



15317-PAE-DE-031811925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2018</u>, at <u>8:30</u> o'clock <u>AM PDT</u>, <u>Teresa Morrison</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 25, 2018</u>          By:    <u>/s/Mariel Macrohon</u>

                                       Name:  <u>Mariel Macrohon</u>

                                       Title: <u>Counselor</u>