United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa Morrison  
    Debtor

Case No. 13-16562-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Mar 01, 2019  
                   Form ID: 138NEW    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.

```
db            +Teresa Morrison,    5737 Cedar Avenue,    Philadelphia, PA 19143-1931
13109334       AES/PHEAA,    P.O. BOX 2461,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17105-2461
13109337       Cavalier Telephone,    3300 North Pace Blvd.,    Attn: Bankruptcy Dept.,
                 Pensacola, FL 32505-5148
13109338      +Convergent Outsourcing,    800 SW 39th Street,    Attn: Bankruptcy Dept.,
                 Renton, WA 98057-4927
13149824       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13109340       Global Credit,    P.O. BOX 3200,    Attn: Bankruptcy Dept.,    Spokane, WA 99220-3200
13228562      +MICHAEL A. LATZES, ESQUIRE,    1528 Walnut Street, Suite 700,    Philadelphia, PA 19102-3607
13109343      +Michael T. McKeever, Esquire,    KML Law Group, P>C.,    Suite 5000 - Mellon Independence Ctr.,
                 701 Market St.,    Philadelphia, PA 19106-1538
13109346       Rountup Funding, LLC,    MS 550,    P.O. BOX 91121,    Seattle, WA 98111-9221
13839328      +Thomas Puleo,    KML Law Group P.C.,    c/o US Bank Naitonal Assoc.,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13109348      +U.S. Bank National Association,    Trustee for PA Housing Finance Agency,
                 211 North Front Street,    P.O. BOX  15057,    Harrisburg, PA 17105-5057
13125611       eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
13109339      +eCast Settlement Corporation,    P.O. BOX 35480,    Attn: Bankruptcy Dept.,
                 Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13109335      +E-mail/Text: EBNProcessing@afni.com Mar 02 2019 03:24:01     AFNI, Inc.,    P.O. BOX 3097,
                 Attn: Bankruptcy Dept.,    Bloomington, IL 61702-3097
13109336       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:28:37
                 American InfoSource LP, as agent for,    T Mobile/T-Mobile USA,    P.O. BOX 248848,
                 Attn: Bankruptcy Dept.,    Oklahoma City, OK 73124-8848
13198055       E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:25     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13109341       E-mail/Text: cio.bncmail@irs.gov Mar 02 2019 03:23:16     Internal Revenue Service,
                 P.O. BOX 7346,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19101-7346
13184766       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 02 2019 03:24:04     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13109342      +E-mail/Text: CollectionsDept@jfcu.org Mar 02 2019 03:24:48     Justice Federal Credit Union,
                 5175 Parkstone Drive,    Attn: Bankruptcy Dept.,    Chantilly, VA 20151-3816
13221205       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13109344       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:28:56
                 Portfolio Recovery Associates, LLC,    P.O. BOX 41067,    Attn: Bankruptcy Dept.,
                 Norfolk, VA 23541
13225945       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:42:15
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13118555       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13109345      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:37
                 Resurgent Capital Services,    P.O. BOX 10587,    Attn: Bankruptcy Dept.,
                 Greenville, SC 29603-0587
13109347       E-mail/PDF: pa_dc_claims@navient.com Mar 02 2019 03:28:57     Sallie Mae,    P.O. BOX 9500,
                 Attn: Bankruptcy Dept.,    Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13230196*     +U.S. BANK NATIONAL ASSOCIATION,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,
                 211 North Front Street,    P.O. BOX 15057,    Harrisburg, PA 17105-5057
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: 138NEW           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Teresa  Morrison rleite@roachleite.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Teresa Morrison
      Debtor(s)

Bankruptcy No: 13−16562−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                            For The Court
                                            Timothy B. McGrath
                                            Clerk of Court

Dated: 3/1/19

                                                                           88 − 77
                                                                     Form 138_new